UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| JUDITH ELIZABETH MURPHY ) | |
| ) | CASE NO. 11-76257-MHM |
| DEBTOR ) | |
| ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $577.60 on behalf of S. GREGORY HAYS, CHAPTER 7 TRUSTEE, who filed claim # 10-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this 26th day of August, 2014 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE ROTHBLOOM LAW FIRM
31 ATLANTA STREET
MARIETTA, GA  30060

/s/
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444